IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

CONRAD J. WYNN,

Defendant.                                         No. 09-30045-DRH

ORDER

**HERNDON, Chief Judge:**

Before the Court is a motion to continue trial setting submitted by Conrad J. Wynn (Doc. 21). Defendant argues that he needs further time to discuss his available options with defense counsel since the Government has notified Defendant of its intention to seek an enhanced sentence upon conviction. Defendant further argues that defense counsel has met with Defendant twice but that his counsel needs additional time to meet with Defendant to discuss his options. Defendant further argues that if his case proceeds to trial he would need additional time for an investigator to conduct witness interviews and investigate the Government's allegations. The Government does not oppose the continuance. The Court, being fully advised in the premises, finds that Defendant Wynn needs additional time to prepare for trial. To force the Defendant to trial without adequate time to prepare would constitute a miscarriage of justice. In addition, the Court finds that pursuant to **18 U.S.C. § 3161(h)(7)(A)**, the ends of justice served by the granting of such a continuance outweigh the best interests of the public and

Defendant Wynn in a speedy trial. Therefore, the Court **GRANTS** Defendant Wynn's motion to continue trial setting (Doc. 21) and **CONTINUES** the jury trial scheduled for July 6, 2009 until **August 31, 2009 at 9:00 a.m.** The time from the date Defendant Wynn's motion was filed, June 15, 2009 until the date on which the trial is rescheduled, August 31, 2009, is excludable time for the purposes of speedy trial.

Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED.**

Signed this 16th day of June, 2009.

/s/    *DavidRHerndon*
**Chief Judge**
**United States District Court**