IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

CONRAD J. WYNN,

Defendant.                                                    No. 09-30045-DRH

### ORDER

**HERNDON, Chief Judge:**

This matter was referred to United States Magistrate Donald G. Wilkerson for the specific purpose of conducting a change of plea for Defendant Wynn, pursuant to **28 U.S.C. § 636**, **LOCAL RULE 72.1(b)(2)** and Defendant Wynn's consent (Doc. 33).  Pursuant to **FEDERAL RULE OF CRIMINAL PROCEDURE 11**, the change of plea hearing was held on August 27, 2009 (Doc. 32).  During the change of plea, Defendant Wynn plead guilty to Counts 1, 2, and 3 of the Indictment following a thorough colloquy with Judge Wilkerson.  Thereafter, Judge Wilkerson issued a Report and Recommendation ("the Report") recommending that the Court accept Defendant Wynn's plea of guilty (Doc. 36).  In accordance with **28 U.S.C. § 636(b)(1)(B)**, the parties were allowed ten (10) days from the issuance of the Report to file written objections.  As of this date, neither party has filed objections.  Therefore, the Court **ADOPTS** the Report in its entirety.

Thus it is the finding of the Court in the case of *United States v. Conrad J. Wynn* that Defendant Wynn was fully competent and capable of entering an

informed plea, that he was aware of the nature of the charges and the consequences of the plea, and that the plea of guilty was a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense. Accordingly, the Court **ACCEPTS** Defendant Wynn's guilty plea and **ADJUDGES** him **GUILTY** on Counts 1, 2, and 3 of the Indictment. The Court **REMINDS** the parties that the sentencing is set for December 4, 2009 at 9:30 a.m.

    **IT IS SO ORDERED.**

    Signed this 15th day of September, 2009.

/s/     *DavidRHerndon*
**Chief Judge**
**United States District Court**