IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

CONRAD J. WYNN,

Defendant.                                                          No.09-30045-DRH

### ORDER

**HERNDON, Chief Judge:**

Before the Court is the United States of America's motion for continuance (Doc. 42) of the December 4, 2009 sentencing hearing. The Government requests a continuance because defense counsel has informed the government that Defendant Wynn is not prepared, at this time, to stand by the Stipulation of Facts in regards to his relevant conduct which might require the Government to present evidence at sentencing as to relevant conduct. The Government states that such evidence as to relevant conduct, including the actual amount of methamphetamine present at the "cooks" involved in this case, is not available at this time and the Government needs time to consult an expert and prepare expert testimony for sentencing. The Government further states that it needs time to consider whether Defendant's position is a breach of the Plea Agreement. The Government asks for a continuance of not less than ten (10) weeks in order to submit the seized samples for further analysis and determine their position following the analysis. Defendant's counsel concurs in the requested continuance so that he may have more time to

consult with his client and determine their position as to relevant conduct. Based on the reasons in the motion, the Court **GRANTS** the Government's motion to continue (Doc. 42) and **CONTINUES** the sentencing hearing currently scheduled for December 4, 2009 until **February 26, 2010 at 10:00 a.m.**

    **IT IS SO ORDERED.**

Signed this 3rd day of December, 2009.

/s/  David R Herndon
**Chief Judge
United States District Court**