IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

CONRAD J. WYNN,

Defendant.                                                     No. 09-30045-DRH

## ORDER

**HERNDON, Chief Judge:**

  Before the Court is a motion to continue sentencing hearing by Defendant Conrad J. Wynn (Doc. 44). Defendant Wynn argues that he needs to continue the sentencing hearing as his counsel recently received the results of the DEA laboratory's tests and his counsel has not had time to go over the findings with Defendant. Defendant also states that his attorney needs further time to determine whether it will be necessary to retain an independent expert to evaluate the findings. The Government has no objection to the motion. Based on the reasons in the motion, the Court **GRANTS** Defendant Wynn's motion to continue sentencing hearing (Doc. 44). The Court **CONTINUES** the sentencing hearing currently scheduled for February 26, 2010 until **April 19, 2010 at 9:00 a.m.**

  **IT IS SO ORDERED.** Signed this 19th day of February, 2010.

/s/ *David R. Herndon*
**Chief Judge**
**United States District Court**